UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 13-40031-TSH |
| ) | |
| 1. LAM LY, ) | |
| 2. TAM PHAM, ) | |
| 3. UT LE, ) | |
| 4. NHI LE, ) | |
| 5. DIEP PHAM, ) | |
| 6. LUAN BUI, ) | |
| 7. MINH BUI, and ) | |
| 8. LOC MAI, ) | |
| Defendants.   ) | |

**AMENDED ORDER VACATING FINAL ORDER OF FORFEITURE (Docket No. 430)
AND DIRECTING CURRENCY BE APPLIED TOWARDS RESTITUTION**

**HILLMAN, D.J.**

Upon motion by the United States to vacate the Final Order of Forfeiture issued in the instant criminal case, and, with the consent of the United States, to direct the disposition of the sum of $35,000 in United States currency (the "Currency") towards the balance of the outstanding restitution obligations of the Defendants,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the Final Order of Forfeiture (Docket No. 430) is hereby vacated.

2. That the United States Marshals Service shall turn over the vacated Currency ($35,000) to the Clerk of Court for the District of Massachusetts to be applied to the restitution balance in the instant criminal case. The Currency shall 1) be applied by the Clerk of the Court towards any restitution obligation owed by Defendant 6, Luan Bui, and thereafter, 2) any remaining Currency shall be applied by the Clerk of the Court to the restitution obligations of

Defendant(s) 1 thru 5, and 7 thru 8, pursuant to the pro-rata loss ratio incurred by all the victims involved and pursuant to the existing restitution order(s) for each co-defendant.

So ordered this __11__ day of ____May____, 2018.

_____
TIMOTHY S. HILLMAN
UNITED STATES DISTRICE JUDGE